FILED
May 7, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JULIE BINDI, ) <br> ) <br> Defendant. ) | Case No. 2:09MJ00072-KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JULIE BINDI , Case No.  2:09MJ00072-KJM , Charge  18USC § 1030 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

     ✔   (Other)    Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  May 7, 2009  at  2:00 pm  .

                                              By  /s/ Gregory G. Hollows
                                                    Gregory G. Hollows
                                                    United States Magistrate Judge

Copy 5 - Court