```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708

 5

 6              IN THE UNITED STATES DISTRICT COURT

 7             FOR THE EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,  )   CASE NO. 2:09-MJ-72 KJM
                               )
10            Plaintiff,       )   STIPULATION AND [PROPOSED]
                               )   PROTECTIVE ORDER REGULATING
11       v.                    )   DISCOVERY
                               )
12  JULIE BINDI                )
                               )
13            Defendant.       )
```

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over certain redacted discovery in this case pre-indictment. The discovery includes tax information for persons other than the Defendant ("The Protected Material").

2. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for each Defendant only for purposes of representation in this case.

3. Counsel for each Defendant shall not make any paper or electronic copy of any Protected Material.

4. Counsel for each Defendant shall maintain the Protected Material in her custody and control, or in the custody or

1

control of her staff and/or investigator. The terms "staff" and "investigator" shall not be construed to describe the Defendant or any other person not either regularly employed by counsel or a licensed investigator hired in this case.

5. Any person receiving the Protected Material from counsel for the Defendant shall be bound by the same obligations as counsel and, further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

5. Counsel for the Defendant shall maintain a list of persons to whom any Protected Material has been given. Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

6. The Defendant may review the Protected Materials and be aware of their contents, but shall not be given control of the Protected Materials or any copies thereof.

7. Within twenty days of sentencing or dismissal of any Defendant's case, that Defendant's counsel shall destroy the Protected Material and so certify to the attorney for the government.

8. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for the Defendant, if she has confirmed for trial, may make copies of the Protected Materials for

//
//

|   |   |   |
|---|---|---|
| 1 | trial preparation and presentation. Any copies must, | |
| 2 | however, remain in the possession of counsel, staff, | |
| 3 | investigator, or the Court. | |
| 4 | | |
| 5 | | Respectfully Submitted, |
| 6 | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 7 | | |
| 8 | DATE: May 19, 2009 | By: /s/ Matt Segal<br>MATTHEW D. SEGAL |
| 9 | | Assistant U.S. Attorney |
| 10 | | |
| 11 | DATE: May 19, 2009 | /s/ Mary French by MDS<br>MARY FRENCH, Esq. |
| 12 | | Counsel for Julie Bindi |
| 13 | SO ORDERED. | |
| 14 | | |
| 15 | DATE: May 20, 2009 | GREGORY G. HOLLOWS |
| 16 | | HON. GREGORY G. HOLLOWS<br>U.S. Magistrate Judge |

3