DANIEL J. BRODERICK, BAR #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIE BINDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-MJ-00072 KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND TIME FOR PRELIMINARY** |
| v. ) | **EXAMINATION AND EXCLUDE TIME** |
| ) | |
| JULIE BINDI, ) | Date:  August 7, 2009 |
| ) | Time:  2:00 p.m. |
| Defendant. ) | Judge: Dale A. Drozd |
| _____ ) | |

　　　IT IS HEREBY STIPULATED AND AGREED between defendant, JULIE BINDI, and plaintiff, United States of America, by and through their attorneys, that the Preliminary Examination set for July 24, 2009, may be continued to August 7, 2009, at 2:00 p.m.

　　　This continuance is requested because the parties are still trying to reach a resolution and need additional time to reduce it to writing.  Ms. Bindi and the government have therefore agreed to extend time for the preliminary examination until August 7, 2009, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties also agree that the time within which indictment must be filed may be extended to August 7, 2009, and that time under the Speedy Trial Act may be

1

1  excluded to that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
2  (B)(iv), to afford both parties reasonable time to prepare.
3  Dated: July 23, 2009             Respectfully Submitted,
4                                   DANIEL J. BRODERICK
                                    Federal Defender
5
                                    /s/ L. Cusick
6                                   _____
                                    LAUREN D. CUSICK
7                                   Assistant Federal Defender
                                    Attorney for defendant
8                                   JULIE BINDI
9
   Dated: July 23, 2009             LAWRENCE G. BROWN
10                                  Acting United States Attorney
11                                  /s/ L. Cusick for
                                       Matthew Stegal
12                                  _____
                                    MATTHEW D. SEGAL
13                                  Assistant U.S. Attorney
14
                            **O R D E R**
15
       The Preliminary Examination is continued to August 7, 2009, at
16
   2:00 p.m., the Court finding good cause, and time is excluded as
17
   set forth above and for the reasons set forth above.
18
   **IT IS SO ORDERED.**
19
   Dated: July 23, 2009
20
                                    EDMUND F. BRENNAN
21                                  UNITED STATES MAGISTRATE JUDGE

2